UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUIS E. RODRIGUEZ, | Case No. CV 11-5367-RGK (AJW) |
| Petitioner, | |
| v. | |
| CONNIE GIPSON, | JUDGMENT |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: February 17, 2012

_____
R. Gary Klausner
United States District Judge